UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTT CAYLER,

    Plaintiff,

v.                                          Case No: 8:23-cv-1170-CEH-CPT

TRANSUNION RENTAL
SCREENING SOLUTIONS, INC.,

    Defendant.
_____

## **ORDER**

    This matter is before the Court upon review of the docket. Pursuant to a Notice of Settlement indicating Plaintiff settled his dispute against Defendant TransUnion Rental Screening Solutions, Inc., the Court entered an Order on April 12, 2024, dismissing the action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice, or move to reopen the action (Doc. 25). To date the parties have not submitted a stipulation or final judgment, or moved to reopen the action. Pursuant to this Court's April 12, 2024 Order, the matter will be dismissed with prejudice. The Clerk is directed to CLOSE this case.

    **DONE** and **ORDERED** in Tampa, Florida on June 14, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record; Unrepresented Parties